IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01592-CMA-KLM

HASHINA ISLAM,

   Plaintiff,

v.

IDS PROPERTY CASUALTY INSURANCE COMPANY,

   Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

   Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 20), signed by the attorneys for the parties hereto, it is

   ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

   DATED:  March ___6___, 2015

                                                            BY THE COURT:

                                                            *Christine M Arguello*
                                                            _____
                                                            CHRISTINE M. ARGUELLO
                                                            United States District Court Judge